No. 168. JANNETT ET AL. *v.* HARDIE, SHERIFF. Argued December

11, 1933. Decided December 18, 1933. *Per Curiam:* The Supreme Court of Florida entertained on rehearing and decided the constitutional question as to the denial of the equal protection of the laws under the Fourteenth Amendment. The judgment is affirmed. *Missouri* v. *Lewis,* 101 U.S. 22, 30, 31; *Hayes* v. *Missouri,* 120 U.S. 68, 71, 72; *Budd* v. *New York,* 143 U.S. 517, 548; *Griffith* v. *Connecticut,* 218 U.S. 563; *Engel* v. *O'Malley,* 219 U.S. 128, 137, 138; *Mutual Loan Co.* v. *Martell,* 222 U.S. 225, 235, 236; *Toyota* v. *Hawaii,* 226 U.S. 184, 191, 192; *Northwestern Laundry Co.* v. *Des Moines,* 239 U.S. 486, 495; *Packard* v. *Banton,* 264 U.S. 140, 143, 144; *Radice* v. *New York,* 264 U.S. 292, 296; *Dillingham* v. *McLaughlin,* 264 U.S. 370; *Ohio* v. *Akron Park District,* 281 U.S. 74, 81. *Mr. John M. Murrell,* with whom *Mr. W. L. Freeland* was on the brief for appellants. *Mr. Cary D. Landis,* Attorney General of Florida, and *Mr. H. E. Carter,* Assistant Attorney General, were on the brief for appellee. By leave of Court, *Mr. David J. Gallert* filed a brief as *amicus curiae.*